UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

BRYAN NORMAN EDGE,  )
           Plaintiff,  )
           v.  )    **JUDGMENT**
             )    No. 2:24-CV-7-KS
MICHELLE KING,  )
*Acting Commissioner of Social Security,*  )
           Defendant.  )

Decision by the Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' briefs.

IT IS ORDERED, ADJUDGED AND DECREED the court affirms the Commissioner's decision.

This judgment filed and entered on January 23, 2025, with electronic service upon:

Russell Bowling
*Counsel for the Plaintiff*

Lee Kouvousis
Wanda Mason
*Counsel for the Defendant*

PETER A. MOORE, JR., CLERK

/s/ *Shelia Foell*
(By): Shelia Foell, Deputy Clerk

Date: January 23, 2025